IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant has filed a motion for temporary stay pending submission of request for hardship relief. (Doc. 20.) It is unclear whether the United States opposes the motion. (*Id.*) The Court notes that Defendant's response to the United States' Motion for Summary Judgment was due on the date she filed her motion to stay. (Doc. 19.) Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant to file a response to Plaintiff's Motion for Summary Judgment shall be extended until the Court has the opportunity to review the United States' opposition to the motion to stay, if any, and to resolve the motion.

DATED this 29th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge