FILED
8/29/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant has filed a motion for temporary stay pending submission of request for hardship relief. (Doc. 20.) Defendant's counsel has confirmed that the United States does not oppose the motion. (Doc. 23.) Accordingly, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. This action is temporarily stayed until September 30, 2019. Defendant shall file a Status Report with the Court by October 4, 2019 indicating whether her request for hardship relief is granted or not.

DATED this 29th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge