FILED
12/19/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY RAUSCH,<br><br>Defendant. | CV 18-96-BLG-SPW-TJC<br><br>**ORDER** |

Defendant has filed a Status Report indicating that she has submitted a written waiver request for hardship relief, and has been advised that her request is under review and a determination has not yet been made. (Doc. 29.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by February 3, 2020.

DATED this 19th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge