IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant has filed a Status Report indicating that a determination has not yet been made on her written waiver request for hardship relief. Defendant indicates additional information has been requested by the Legal and Compliance Branch of the Bureau of Health Workforce, and she is in the process of collecting that information for submission. (Doc. 33.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by June 8, 2020.

DATED this 6th day of April, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge