IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant has filed a Status Report indicating that a determination has still not been made on her written waiver request for hardship relief. (Doc. 37.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by October 23, 2020.

DATED this 21st day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge