IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant's most recent Status Report indicates that the Department of Health & Human Services ("DHHS") has issued a partial waiver of her debt. Defendant further states that her remaining debt may be reduced after presenting additional financial documentation to DHHS. (Doc. 41.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her additional request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by June 25, 2021.

DATED this 24th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge