IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| TRACY RAUSCH, | |
| Defendant. | |

Defendant's most recent Status Report indicates that she is in the process of submitting additional financial information to the Department of Health & Human Services ("DHHS") in support of her request for additional debt relief. (Doc. 43.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her additional request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by August 31, 2021.

DATED this 28th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge