IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY RAUSCH,<br><br>Defendant. | CV 18-96-BLG-SPW-TJC<br><br>**ORDER** |

Defendant's most recent Status Report indicates that she is still in the process of submitting additional information to the Department of Health & Human Services ("DHHS") in support of her request for additional debt relief. (Doc. 45.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of this action will remain in effect until Defendant learns whether her additional request for hardship relief is granted or not. Defendant shall file a Status Report with the Court by January 3, 2022, and quarterly thereafter.

DATED this 1st day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge