IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY RAUSCH,<br><br>Defendant. | CV 18-96-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge Timothy Cavan filed Findings and Recommendations on May 9, 2023. (Doc. 68). Judge Cavan recommended that Plaintiff the United States of America's motion for summary judgment be granted. (*Id.* at 1).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 68) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff the United States of America's Motion for Summary Judgment (Doc. 11) is GRANTED.

The Clerk of Court is directed to enter judgment and close this matter.

DATED this 31st day of May, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge