IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CV 18-96-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TRACY RAUSCH, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order dated May 31, 2023 (Doc. 69), judgment is entered in favor of the United States and against Defendant Tracy Rausch in the amount of $162,781.59, plus post-judgment interest at the rate of 5.15% from May 31, 2023, until Defendant pays the judgment in full, pursuant to the requirements for post-judgment interest under 28 U.S.C. § 1961. Each party shall bear their own attorneys' fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Judgment.

DATED this 7th day of November, 2023

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1